**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BARBARO TABARES-CARABEO**                                   **PLAINTIFF**

 **v.**                                **Case No.  3:17-cv-00146 KGB**

**DAVID KAHIU and QWETU, INC.**                              **DEFENDANTS**

## ORDER

Based upon informal communications between the Court and counsel for all parties to this matter, the hearing on the pending motion to compel (Dkt. No. 15) scheduled for Friday, April 20, 2018, at 9:30 a.m. has been cancelled and will not be rescheduled at this time.

It is so ordered this 19th day of April, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge