IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARO TABARES-CARABEO**                                               **PLAINTIFF**

v.                      Case No. 3:17-cv-00146 KGB

**DAVID KAHIU and QWETU, INC.**                                      **DEFENDANTS**

## ORDER

       Before the Court is the parties' stipulation of dismissal (Dkt. No. 21). The parties stipulate that the claims and causes that were or could have been asserted by plaintiff Barbaro Tabares-Carabeo against defendants David Kahiu and Qwetu, Inc. should be dismissed with prejudice (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The Court dismisses this action with prejudice. The Court denies as moot the pending motion to compel (Dkt. No. 15).

       So ordered this 9th day of July, 2018.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge